# ARNOLD TOURS, INC., ET AL. v. CAMP, COMPTROLLER OF THE CURRENCY, ET AL.

No. 128.  Decided March 23, 1970

*Timothy J. Murphy* for petitioners.

*Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Alan S. Rosenthal* for Camp, and *Douglas L. Ley* for South Shore National Bank, respondents.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the United States Court of Appeals for the First Circuit is vacated.  The case is remanded to that court for further consideration in light of *Association of Data Processing Service Organizations* v. *Camp, ante,* p. 150, and *Barlow* v. *Collins, ante,* p. 159.

# HOGAN v. JAMES ET UX.

No. 1055.  Decided March 23, 1970

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.